Court of Vermont, Unit No. 2, Chittenden Circuit.

3. Pending determination of the appeal herein, it is recommended that the defendant be confined within the State of Vermont.

4. The parties having conceded that the defendant was duly surrendered into custody in relief of bail by his surety, Clark W. Hinsdale, Jr., said surety is hereby released and discharged from liability under his promissory note dated July 14, 1978, and his mortgage deed securing said note recorded in Book 35 at page 217 of the Land Records of the Town of Charlotte; said release and discharge to be evidenced by a certified copy of this entry order.

Done in Chambers at Burlington, Vt., this 26th day of April, 1979.

Larrow, J.

STATE of Vermont v. Theodore L. BROWN, Jr., No. 153-79

May 1, 1979. The order of the Vermont District Court, Unit No. 6, Windham Circuit dated April 2, 1979, denying the defendant's application for reduction of bail, being supported by the proceedings below, is affirmed. 13 V.S.A. § 7556(b).

Daley, J.

Henry J. SCHMITT and Mary T. Schmitt v. Everett and Norma DREW, Frederick C. and Nilda S. Silloway, and Leslie E. and Madelyn B. Scott, No. 38-78

May 2, 1979. Cause dismissed for failure to comply with the progress order of April 3, 1979.

Ann H. BRANNAGAN v. Edward A. BRANNAGAN, No. 171-78

May 2, 1979. Cause dismissed for failure to comply with the order of April 11, 1979.

Hans Walter VAHLTEICH & Beverly Vahlteich Daigle v. Pauline KNOTT and Clyde L. Knott, No. 316-78

May 2, 1979. Transcript to be filed in thirty (30) days.

Daley, J.

Hans Walter VAHLTEICH & Beverly Vahlteich Daigle v. Pauline KNOTT and Clyde L. Knott, No. 43-79

May 2, 1979. Transcript to be ordered in sixty (60) days.

Daley, J.

TOWN OF SWANTON v. Floyd and Sandra BOIVIN, No. 45-79

May 2, 1979. Appeal dismissed for failure to comply with the order of April 6, 1979.

Edward S. ALEXANDER v. Jean Luc DUPUIS and Blandine Dupuis, No. 200-77

May 3, 1979. Motion for permission to withdraw as counsel is granted. Appellants have thirty (30) days to secure counsel or to enter an appearance pro se.

Daley, J.

**Wouter F. and Julie A. NUNNINK v. IRELAND INDUSTRIES, INC., No. 129-79**

May 16, 1979. No good cause being made to appear, appellant's motion for immediate execution, or in the alternative for bond, is denied. V.R.C.P. 62(c); V.R.C.P. 62(g).

Done in Chambers at Burlington, Vt., this 14th day of May, 1979.

Larrow, J.

**STATE of Vermont v. Steven I. STAHL, No. 32-78**

May 22, 1979. Motion to defer argument is denied.

**WESTINGHOUSE ELECTRIC SUPPLY COMPANY v. B. L. ALLEN, INC. and The Travelers Indemnity Company, No. 147-78**

May 22, 1979. Motion under V.R.A.P. 26(b) is granted.

**ST. JOHNSBURY ELECTRIC CO., INC. v. NORTH STAR CONSTRUCTION CORP. v. New Hampshire Insurance Co., No. 298-78**

May 22, 1979. Appeal dismissed. V.R.C.P. 79.1(g).

**Edward S. ALEXANDER v. Jean Luc DUPUIS and Blandine Dupuis, No. 200-77**

May 31, 1979. Motion for remand is granted. V.R.C.P. 60(b).

**Kathleen A. WAITT v. Richard E. WAITT, No. 186-78**

May 31, 1979. Motion for sanctions for late filing of appellee's brief denied.

**STATE of Vermont v. John WARSHOW; Steven J. Machanoff; Raymond Zirblis; Stephen Cram; Wendy Curran-Cram; James R. Evans, Nos. 220-78, 231-78, 233-78, 251-78, 252-78, 253-78**

May 31, 1979. Filing of printed case is waived and the matter may proceed on the original record. V.R.A.P. 30(e). The appellants shall file with the Court only six (6) copies of their appellants' brief, and shall file a single copy with the appellee by June 21, 1979.

**IN RE Estella DAVIS, No. 81-79**

May 31, 1979. Motion to proceed on appeal in forma pauperis granted.